# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| EDWARD STROTHER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:18-CV-00033-SA-DAS |
| FXI, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the parties' Stipulation of Dismissal with Prejudice, that the parties have resolved this case and agree that Plaintiff's Complaint should be dismissed with prejudice, with each party to bear his or its own costs and fees.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is dismissed in its entirety with prejudice and further that each party shall bear her or its own costs and fees.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

DATE: 3/20/2019

Agreed as to form:

| | |
|---|---|
| s/*Ron Woodruff (with permission)* | s/*Eileen Kuo* |
| Ron Woodruff (MS Bar No. 100391) | James H. Stock (MS Bar No. 103497) |
| WAIDE & ASSOCIATES | Eileen Kuo (MS Bar No. 103152) |
| P.O. Box 1357 | JACKSON LEWIS P.C. |
| Tupelo, MS 38802 | 999 Shady Grove Road, Suite 110 |
| Email: waide@waidelaw.com | Memphis, TN 38120 |
|       rlw@waidelaw.com | Telephone: (901) 462-2600 |
| | Facsimile: (901) 462-2626 |
| *ATTORNEYS FOR PLAINTIFF* | Email: james.stock@jacksonlewis.com |
| |       eileen.kuo@jacksonlewis.com |
| | *ATTORNEYS FOR DEFENDANT* |